# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GUY CHRISTOPHER MANNINO**                                                                 **PETITIONER**

v.                               **CASE NO. 2:24-CV-00220-BSM**

**CRAIG STALHOOD, Acting Warden,**
**FCI-Forrest City**                                                                                        **RESPONDENT**

## ORDER

After *de novo* review of the record, including Guy Mannino's objection, [Doc. No. 16], United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 13] is adopted. For the reasons outlined in Judge Ervin's recommended disposition, Craig Stalhood's motion to dismiss [Doc. No. 10] is granted and Mannino's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 29th day of May, 2025.

*[signature]*
UNITED STATES DISTRICT JUDGE