IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GUY CHRISTOPHER MANNINO**                                                      **PETITIONER**

v.                            **CASE NO. 2:24-CV-00220-BSM**

**CRAIG STALHOOD, Acting Warden,**
**FCI-Forrest City**                                                                      **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE